468 A.2d 854

Commonwealth v. Rogers, Appellant.
Petition for Allowance of Appeal
Denied April 3, 1984.

Argued September 20, 1983. William T. Cannon, appellant; Marianne E. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Affirmed.